UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR _20-40123_ |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Theft of a Firearm from a Federal Firearms Licensee and Possession of a Stolen Firearm |
| TAYN CHRISTIAN REIS, | |
| Defendant. | 18 U.S.C. §§ 922(u) and 18 U.S.C. § 922(j) |

The Grand Jury charges:

COUNT 1.

On or about September 4, 2020, in the District of South Dakota, Tayn Christian Reis, did steal, unlawfully take, and carry away from the place of business of Last Chance Auction LLC, licensed by the Bureau of Alcohol, Tobacco and Firearms to engage in the business of dealing in firearms and located at 46885 265th St., Sioux Falls, South Dakota, 57106, the following firearms:

| | Description | Serial Number |
|---|---|---|
| 1. | Remington Arms model 783, .300 Winchester Magnum caliber, bolt-action rifle | RA36116B |
| 2. | Remington Arms model 552 Speedmaster, .22 Long Rifle caliber, semi-automatic rifle | None |
| 3. | Remington Arms model 700, .22-250 Remington Caliber, bolt-action rifle | S6480368 |
| 4. | Howa Machinery Limited model 1500, .308 caliber, bolt-action rifle | B327283 |

| 5.  | Sturm, Ruger and Co. Inc. model Ruger American, 6.5 mm Creedmoor caliber, bolt-action rifle | 690004970 |
|-----|---------------------------------------------------------------------------------------------|-----------|
| 6.  | Savage Arms model Axis .270 Winchester caliber bolt-action rifle | H818592 |
| 7.  | Mosin-Nagant, Romanian M44 7.62x54r bolt-action rifle | GR1555 |
| 8.  | Henry Repeating Arms Co. model H001Y Lever Action Youth, .22 Long Rifle caliber, lever action rifle | Y008219H |
| 9.  | Fausti Stefano Arms, model Ducks Unlimited, 12 gauge over under shotgun | 16Z0DU2013 |
| 10. | US Repeating Arms Co. Winchester trademark model 1200 12 gauge pump action shotgun | L3071039 |
| 11. | Christensen Arms, model Modern Precision Rifle 6.5 mm Creedmoor bolt-action rifle | 7M01511 |
| 12. | HS Produkt, Springfield Armory Inc., model XD 9, 9x19mm Luger caliber, semi-automatic pistol | HE933819 |
| 13. | Colt's Patent Firearms Manufacturing, model M1991A1 series 80, .45 Auto caliber, semi-automatic pistol | 2782021 |
| 14. | Colt's Patent Firearms Manufacturing, model Frontier Scout, .22 Long Rifle caliber, single action revolver | 167223F |
| 15. | Colt's Patent Firearms Manufacturing, model derringer .22 short caliber, single-shot derringer | 647LDR |
| 16. | EXCAM model TA 38, .38 special caliber, over-under derringer | L68782 |
| 17. | Raven Arms, model MP25, .25 Auto caliber, semi-automatic pistol | 1350573 |
| 18. | Smith and Wesson model M&P22, .22 Long Rifle Caliber, semi-automatic pistol | MP142290 |
| 19. | Bond Arms Inc. model Roughneck .45 Auto caliber over-under derringer | 203246 |

| | | |
|---|---|---|
| 20. | Cobra Enterprises model CB38, .38 special over under derringer | CT216601 |
| 21. | Butler Associates Inc, model Derringer, .22 Short caliber, single shot derringer | C00558 |
| 22. | European American Armory model Bounty Hunter, .22 Long Rifle caliber single action revolver | F40156 |
| 23. | Chiappa Firearms model SAA 1873 .22 Long Rifle caliber, single action revolver | 16LO3769 |
| 24. | Cobra Enterprises model C22M .22, Winchester Magnum Rimfire over under derringer | 118619 |
| 25. | 12,650 rounds of ammunition | None |

all of which had been shipped and transported in interstate commerce, all in violation of 18 U.S.C. §§ 922(u) and 924(i)(1).

## COUNT 2.

On or about September 9, 2020, in the District of South Dakota, Tayn Christian Reis, knowingly possessed, received, concealed, and stored the following stolen firearms, to wit:

| | Description | Serial Number |
|---|---|---|
| 1. | Remington Arms model 783, .300 Winchester Magnum caliber, bolt-action rifle | RA36116B |
| 2. | Remington Arms model 552 Speedmaster, .22 Long Rifle caliber, semi-automatic rifle | None |
| 3. | Remington Arms model 700, .22-250 Remington Caliber, bolt-action rifle | S6480368 |
| 4. | Howa Machinery Limited model 1500, .308 caliber, bolt-action rifle | B327283 |
| 5. | Sturm, Ruger and Co. Inc. model Ruger American, 6.5 mm Creedmoor caliber, bolt-action rifle | 690004970 |

[3]

| 6. | Savage Arms model Axis .270 Winchester caliber bolt-action rifle | H818592 |
| 7. | Mosin-Nagant, Romanian M44 7.62x54r bolt-action rifle | GR1555 |
| 8. | Henry Repeating Arms Co. model H001Y Lever Action Youth, .22 Long Rifle caliber, lever action rifle | Y008219H |
| 9. | Fausti Stefano Arms, model Ducks Unlimited, 12 gauge over under shotgun | 16Z0DU2013 |
| 10. | US Repeating Arms Co. Winchester trademark model 1200 12 gauge pump action shotgun | L3071039 |
| 11. | Christensen Arms, model Modern Precision Rifle 6.5 mm Creedmoor bolt-action rifle | 7M01511 |
| 12. | HS Produkt, Springfield Armory Inc., model XD 9, 9x19mm Luger caliber, semi-automatic pistol | HE933819 |
| 13. | Colt's Patent Firearms Manufacturing, model M1991A1 series 80, .45 Auto caliber, semi-automatic pistol | 2782021 |
| 14. | Colt's Patent Firearms Manufacturing, model Frontier Scout, .22 Long Rifle caliber, single action revolver | 167223F |
| 15. | Colt's Patent Firearms Manufacturing, model derringer .22 short caliber, single-shot derringer | 647LDR |
| 16. | EXCAM model TA 38, .38 special caliber, over-under derringer | L68782 |
| 17. | Raven Arms, model MP25, .25 Auto caliber, semi-automatic pistol | 1350573 |
| 18. | Smith and Wesson model M&P22, .22 Long Rifle Caliber, semi-automatic pistol | MP142290 |
| 19. | Bond Arms Inc. model Roughneck .45 Auto caliber over-under derringer | 203246 |
| 20. | Cobra Enterprises model CB38, .38 special over under derringer | CT216601 |
| 21. | Butler Associates Inc, model Derringer, .22 Short caliber, single shot derringer | C00558 |

| 22. | European American Armory model Bounty Hunter, .22 Long Rifle caliber single action revolver | F40156 |
| 23. | Chiappa Firearms model SAA 1873 .22 Long Rifle caliber, single action revolver | 16LO3769 |
| 24. | 12,650 rounds of ammunition | None |

which had been shipped and transported in interstate commerce, knowing and

having reasonable cause to believe the firearms were stolen, all in violation of 18

U.S.C. §§ 922(j) and 924(k).

A TRUE BILL:

### NAME REDACTED

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By:

[5]